# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1850
Lower Tribunal No. F19-23765
_____

**Yudieky Sanchez Santiesteban,**
Appellant,

vs.

**State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Teresa Michelle Delancy, Judge.

Yudieky Sanchez Santiesteban, in proper person.

James Uthmeier, Attorney General, and Ryan Patrick Schelwat, Assistant Attorney General, for appellee.

Before MILLER, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.